UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARR E. PAYNE,

       Plaintiff,                     Case No. 1:09-CV-1159

v.                                        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 11, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 11, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) to allow the ALJ to re-evaluate whether Plaintiff suffered from disabling pain.

This case is **concluded**.


Dated: March 1, 2011                                                /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE